B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District Of New York

In re Eagle Bridge Machine & Tool, Inc.,
Debtor

Case No. _____

Chapter ___11___

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

See attached list of 20 largest unsecured creditors

Date: May 4, 2011

_____, President/CEO
Eagle Bridge Machine & Tool, Inc.
Debtor

*[Declaration as in Form 2]*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re Eagle Bridge Machine & Tool, Inc., Debtor

Case No. _____

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contact, etc.) | Indicate if claim is contingent, unliquidated, state value of disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Bombardier Transportation<br>1101 Parent Street<br>St. Bruno, QC J3V 6E6 | | Trade debt<br>Various dates<br>Multiple invoices | | $1,171,672.00 |
| CSR Sifang Rolling Stock Co., Ltd.<br>16 Hangzhou Road<br>Quingdao | 86_532-8376 x2114 | Trade debt<br>Various dates<br>Multiple invoices | | 613,790.65 |
| Donsco, Inc.<br>North Front Street<br>P. O. Box 2001<br>Wrightsville, PA 17368 | 717-252-1561 | Trade debt<br>Various dates<br>Multiple invoices | | 69,133.45 |
| China Centric Associates (Hong Kong) Ltd.<br>Room 402, Hing Way Center<br>82-84 Tokwawan Road<br>Kowloon | (609) 232-3208 | Trade debt<br>Various dates<br>Multiple invoices | | 50,657.96 |
| Stoffel Polygon Systems, Inc.<br>199 Marbledale Road<br>Tuckahoe, NY 10707 | 914-961-2000 | Trade debt<br>Various dates<br>Multiple invoices | | 29,816.00 |
| Keokuk Steel Castings Company<br>3972 Main Street<br>Keokuk, IA 52632 | 319-524-2661 | Trade debt<br>Various dates<br>Multiple invoices | | 15,096.50 |
| D.P. Tool & Machine, Inc.<br>5638 Tec Drive<br>Avon, NY 14414 | 585-226-3200 | Trade debt<br>Various dates<br>Multiple invoices | | 14,240.00 |
| Bernier Cast Metals, Inc.<br>2626 Hess Street<br>Saginaw, MI 48601 | 800-252-3657 | Trade debt<br>Various dates<br>Multiple invoices | | 12,480.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contact, etc.) | Indicate if claim is contingent, unliquidated, state value of disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Mainfreight Inc.<br>150 Sicker Road<br>Latham, NY 12110 | 518-783-6144 | Trade debt<br>Various dates<br>Multiple invoices | | 11,714.66 |
| Wodin, Inc.<br>5441 Perkins Road<br>Bedford Heights, OH 44146 | 440-439-4222 | Trade debt<br>Various dates<br>Multiple invoices | | 8,607.00 |
| Rolex Company<br>8900 Kelso Drive<br>Baltimore, MD 21221 | 410-391-7400 xX253 | Trade debt<br>Various dates<br>Multiple invoices | | 8,511.77 |
| Fairwinds Mfg Inc.<br>68 Limber Road<br>Jackson Center, PA 16133 | 814-673-1587 | Trade debt<br>Various dates<br>Multiple invoices | | 8,172.17 |
| Pallets, Inc.<br>99 1/2 East Street<br>PO Box 326<br>Ford Edward, NY 12828 | 518-747-4177 | Trade debt<br>Various dates<br>Multiple invoices | | 5,706.80 |
| MSC Industrial Supply, Co.<br>DEPT CH 0075<br>Palatine, IL 60055-0075 | 516-812-2000 | Trade debt<br>Various dates<br>Multiple invoices | | 5,328.02 |
| Murphy and Nolan, Inc.<br>340 Peat Street<br>PO Box 6689<br>Syracuse, NY 13217-6689 | 518-690-7880 | Trade debt<br>Various dates<br>Multiple invoices | | 5,228.21 |
| Plimpton Tool Company<br>1 White Street<br>Springfield, VT 05156 | 800-326-6655 | Trade debt<br>Various dates<br>Multiple invoices | | 5,022.40 |
| Mohawk Global Logistics<br>12 Avis Drive, Suite 1<br>Latham, NY 12110 | 518-690-7880 | Trade debt<br>Various dates<br>Multiple invoices | | 4,680.00 |
| Harvey Vogel Manufacturing Co.<br>435 Weir Drive<br>Woodbury, MN 55125 | 651-739-7373 x631 | Trade debt<br>Various dates<br>Multiple invoices | | 3,353.31 |
| Albany Steel Inc.<br>P. O. Box 4006<br>Albany, NY | 518-436-4851 | Trade debt<br>Various dates<br>Multiple invoices | | 3,027.47 |
| Prime Tech Sales, Inc.<br>35 Regency Oaks Blvd.<br>Rochester, NY 14624 | 800-642-4243 | Trade debt<br>Various dates<br>Multiple invoices | | 2,875.00 |