DEILY, MOONEY & GLASTETTER, LLP
8 Thurlow Terrace
Albany, New York 12203
(518) 436-0344
Joann Sternheimer, Esq.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

In re:

    Eagle Bridge Machine & Tool, Inc.,    Case No. 11-11434-1 rel
    (Chapter 11)

    Debtor.

---

## NOTICE OF APPEARANCE WITH REQUEST FOR COPIES OF ALL ORDERS, NOTICES, AND PLEADINGS UNDER BANKRUPTCY RULES 2002(g) AND 9010(b)

Strato Transit Components, LLC, an interested party in the above-captioned case, by and through its counsel, Deily, Mooney & Glastetter, LLP, hereby appears and requests, pursuant to Bankruptcy Rules 2002(g) and 9010(b), that (1) it receive copies of all notices, pleadings, proposed orders and conformed copies of orders filed in this case; and that (2) all such documents be directed to counsel at the address set forth below.

DATED: May 9, 2011
         Albany, New York

                                          */s/ Joann Sternheimer*
                                          Joann Sternheimer, Esq.
                                          DEILY, MOONEY & GLASTETTER, LLP
                                          Attorneys for Strato Transit Components LLC
                                          Office and P.O. Address
                                          8 Thurlow Terrace
                                          Albany, New York 12203
                                          Phone: (518) 436-0344

TO:  Peter A. Pastore, Esq.
       McNamee, Lochner, Titus & Williams, P.C.
       *Attorneys for the Debtor & Debtor-in-Possession*
       677 Broadway
       Albany, New York 12207

       Michael Kornstein, Esq.
       Cooper Erving & Savage LLP
       *Attorneys for Peoples Bank Successor in Interest to Chittenden Trust d/b/a Chittenden Bank*
       39 North Pearl Street
       Albany, NY 12207

Justin A. Heller, Esq.
Nolan & Heller LLP
Attorneys for Stanwich Partners & HFP & B Holdings LLC
30 North Pearl Street - 3rd Floor
Albany, New York 12207

Tracy Hope Davis
US Trustee
74 Chapel Street - Suite 200
Albany, New York 12207